**Order entered October 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00997-CV

### STEVEN EUGENE FLOYD, Appellant

### V.

### SHANNA NICOLE FLOYD, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV15-00307-V**

## ORDER

Before the Court is a letter from appellant received October 1, 2015. In the letter, appellant informs the Court he has requested the clerk's and reporter's records and is awaiting to hear from the reporter, Deborah Slovak, as to her fees. He also requests the appellate filing fee be charged to appellee.

We note the clerk's record has been filed, but the reporter's record has not. Accordingly, we **ORDER** Ms. Slovak to file, no later than November 9, 2015, either the reporter's record or written verification that appellant has been notified of her fees but has not paid or made arrangements to pay them. We note the record does not reflect appellant filed an affidavit of indigence. Accordingly, we caution appellant that, if the Court receives written verification that

he has not paid or made arrangements to pay for the record, we will submit the appeal without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DENY** appellant's request to charge appellee the appellate filing fee and **ORDER** appellant to pay the fee no later than November 9, 2015.


/s/     CRAIG STODDART
            JUSTICE